No error.

---

JOHN FRIES BLAIR, RECEIVER OF L. LEFKOWITZ, TRADING AS SOUTH-
ERN LOAN OFFICE v. PATRIOTIC INSURANCE COMPANY OF
AMERICA, (Nos. 1812 AND 1887), AND JOHN FRIES BLAIR, RECEIVER
OF L. LEFKOWITZ, TRADING AS SOUTHERN LOAN OFFICE v. SOUTH-
ERN HOME INSURANCE COMPANY OF THE CAROLINAS (No. 1818).

(Filed 10 November, 1931.)

APPEAL by plaintiff from *Oglesby, J.,* at September Term, 1931, of FORSYTH.

Civil actions instituted in the Forsyth County Court to recover on three fire insurance policies, consolidated for the purpose of trial and heard together.

The defenses interposed were that the policies in suit were void, because of the failure on the part of the assured to comply with "the iron safe clause" contained in each policy.

From a judgment of nonsuit entered at the close of plaintiff's evidence, an appeal was taken to the Superior Court of Forsyth County, where the judgment of the County Court was affirmed, and the plaintiff again appeals, assigning error.

*Benet Polikoff and Ratcliff, Hudson & Ferrell for plaintiff.*
*John M. Robinson and Fred S. Hutchins for defendants.*

PER CURIAM. Affirmed on authority of *Coggins v. Ins. Co.,* 144 N. C., 7, 56 S. E., 506, which is essentially on all-fours with the case at bar.

The cases of *Arnold v. Ins. Co.,* 152 N. C., 232, 67 S. E., 574, and *Mortt v. Ins. Co.,* 192 N. C., 8, 133 S. E., 337, cited and relied upon by plaintiff, are readily distinguishable.

Affirmed.